**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 04, 2026

Ms. Sarah Cynthia Larcade
Larcade Ficker & Khubunaia
8190 Beechmont Avenue
Suite 334
Cincinnati, OH 45255

Mr. Jeffrey C. Mando
Adams Law
40 W. Pike Street
Covington, KY 41011

Ms. Elizabeth Davis Stone
Office of the U.S. Attorney
Eastern District of Kentucky
260 W. Vine Street
Suite 300
Lexington, KY 40507-1612

Re: Case No. 26-5791
*Mor Ndiaye v. Samuel Olson, et al*
Originating Case No. 2:25-cv-00145

Dear Counsel,

This appeal has been docketed as case number **26-5791** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **September 18, 2026**. More specific instructions are printed on each form.

Appellant: Appearance of Counsel
Application for Admission to 6th Circuit Bar (if applicable)

Appellee: Appearance of Counsel
Application for Admission to 6th Circuit Bar (if applicable)

**$605.00 Appellate Filing Fee or Pauper Motion:** If obligations regarding the appellate filing fee or a motion for pauper status are not met by the deadline noted above, the appeal may be dismissed for want of prosecution.

- If pauper status was granted by the district court and not revoked, no appellate filing fee is due.
- If pauper status was revoked by the district court, then the filing fee is due in **district court**, or you may file a motion for pauper status and financial affidavit in the **Sixth Circuit**.
- If the filing fee was not paid and pauper status was never requested, pay the filing fee or file a motion for pauper status and financial affidavit in the **district court**.

**Appointment of counsel:** The appointment of counsel under the Criminal Justice Act is not automatic in a habeas case. Counsel who seeks continuing appointment on appeal must file a motion to extend the appointment.

Should you have any questions regarding these requirements, please do not hesitate to contact the Clerk's Office.

Sincerely yours,

s/Kelly Stephens

Case Management Specialist: Sharday
Direct Dial No. 513-564-7027

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-5791**

MOR MATY NDIAYE

Plaintiff - Appellant

v.

SAMUEL J. OLSON, Deputy Director, Chicago Field Office, Immigration and Customs Enforcement; KRISTI NOEM, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; PAMELA BONDI, Attorney General of the United States; JASON MAYDAK, Warden of the Boone County Jail

Defendants - Appellees